| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Burkhardt, Jill L. | 2. Court or Organization<br><br>United States District Court, Southern District of Californi | 3. Date of Report<br><br>07/08/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>221 W. Broadway, Suite 5140<br>San Diego, CA 92101 |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board Member | Association of Business Trial Lawyers |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Artful Chefs, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Renee Schor and Ben Boyd | annual ski pass (graduation gift for son) | $534.00 |
| 2. | Heather Rosing and Scott Carr | snowboarding gear (graduation gift for son) | $550.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UC Davis | Tuition, fees etc. | K |
| 2. | Northern Arizona University | Tuition, fees etc. | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 (H) | | | | | | | | | |
| 2. - Rental Property, San Diego, CA | D | Rent | M | W | | | | | |
| 3. Cabrillo Federal Credit Union account | A | Interest | M | T | | | | | |
| 4. Charles Scwab checking account | | None | J | T | | | | | |
| 5. Coastal Life Wealth - Roth #1 (H) (previously Edward Jones - Roth #1) | | | | | | | | | |
| 6. - Coastal Life Wealth QPRMQ (formerly "cash") | A | Interest | J | T | | | | | |
| 7. - iShares S&P 500 Index (IVV) (mutual fund) | A | Dividend | J | T | | | | | |
| 8. Coastal Life Wealth - Roth #2 (H) (previously "Edward Jones - Roth #2) | | | | | | | | | |
| 9. - Coastal Life Wealth QPRMQ (previously "cash") | A | Interest | J | T | | | | | |
| 10. -F (common stock) | A | Dividend | J | T | | | | | |
| 11. -MGM (common stock) | A | Dividend | J | T | | | | | |
| 12. -TGT (common stock) | A | Dividend | J | T | | | | | |
| 13. -AAL (common stock) | A | Dividend | J | T | | | | | |
| 14. Coastal Life Wealth - IRA #1 (H) (previously "Edward Jones - IRA #1") | | | | | | | | | |
| 15. -Coastal Life Wealth QPRMQ (previously "cash") | A | Interest | J | T | | | | | |
| 16. -BA (common stock) | A | Dividend | J | T | | | | | |
| 17. -CSCO (common stock) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -CVX (common stock) | A | Dividend | K | T | | | | | |
| 19.  -ITC (common stock) | A | Dividend | J | T | | | | | |
| 20.  -JCI (common stock) | A | Dividend | J | T | | | | | |
| 21.  -KMI (common stock) | A | Dividend | J | T | | | | | |
| 22.  -QCOM (common stock) | A | Dividend | J | T | | | | | |
| 23.  -T (common stock) | A | Dividend | J | T | | | | | |
| 24.  -TGT (common stock) | A | Dividend | K | T | | | | | |
| 25.  -Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 26.  Coastal Life Wealth - IRA #2 (H) (previously "Edward Jones - IRA #2") | | | | | | | | | |
| 27.  -Coastal Life Wealth QPRMQ (previously "cash") | A | Interest | J | T | | | | | |
| 28.  -BRKB (common stock) | A | Dividend | L | T | | | | | |
| 29.  -NVS (common stock) | A | Dividend | K | T | | | | | |
| 30.  -UPS (common stock) | A | Dividend | J | T | | | | | |
| 31.  -Ivy Asset Strategy - WASCX (mutual fund) | C | Dividend | L | T | Buy | 01/30/15 | L | | |
| 32.  JP Morgan Equity Income - OINCX (mutual fund) | B | Dividend | M | T | Buy | 01/30/15 | M | | |
| 33.  MFS International Diversification - MDIGX (mutual fund) | A | Dividend | L | T | Buy | 01/30/15 | L | | |
| 34.  Coastal Life Wealth - IRA #3 (H) (previously "Edward Jones - IRA #3") | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Advisory Account (managed account) (H) | | | | | | | | | |
| 36. --Ishares Msci Eafe Small Cap ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 37. --Ishares Core US Aggregate Bond ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 38. --Ishares Russ Mc Growth ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 39. --Ishares Russ Mc Value ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 40. --Ishares Russ 1000 Growth ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 41. --Ishares Russ 1000 Value ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 42. --Ishares Russ 2000 ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 43. --Ishares S & P 500 Growth ETF | A | Dividend | | | Sold | 01/13/15 | K | A | |
| 44. --Ishares Msci Eafe Growth ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 45. --Ishares Msci Eafe Value ETF | A | Dividend | | | Sold | 01/13/15 | K | A | |
| 46. --Spdr Dow Jones Indust Ave ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 47. --Spdr S&P Dividend ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 48. --Vanguard High Dividend Yield ETF | A | Dividend | | | Sold | 01/13/15 | K | A | |
| 49. --Vanguard Ftse All-World Exus ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 50. --Vanguard Ttl Bond Market ETF | A | Dividend | | | Sold | 01/13/15 | K | A | |
| 51. --Capital World Bond Fund | A | Dividend | | | Sold | 01/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Dreyfus Bond Market Index | A | Dividend | | | Sold | 01/13/15 | K | A | |
| 53. --JP Morgan High yield | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 54. --JP Morgan Fed Money Market | A | Interest | | | Sold | 01/13/15 | J | A | |
| 55. --Lm Bw Blbl Oppts Bd Fd Cl I | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 56. Coastal Life Wealth - IRA #4 (H) (previously "Edward Jones - IRA #4") | | | | | | | | | |
| 57. -Advisory Account (managed account) (H) | | | | | | | | | |
| 58. --JP Morgan Fed Money Market | A | Interest | | | Sold | 01/26/15 | J | A | |
| 59. --Ishares Msci Eafe Small Cap | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 60. --Ishares Core U.S. Aggregate | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 61. --Ishares Russ Mc Growth | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 62. --Ishares Russ Mc Value | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 63. --Ishares Russ 1000 Growth | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 64. --Ishares Russ 1000 Value | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 65. --Ishares Russ 2000 | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 66. --Ishares S&P 500 Growth | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 67. --Ishares Msci Eafe Growth | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 68. --Ishares Msci Eafe Value | A | Dividend | | | Sold | 01/27/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Spdr Dow Jones Indust. Ave. | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 70. --Spdr S&P Dividend | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 71. --Vanguard High Div. Yield | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 72. --Vanguard Ftse All World Exus | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 73. --Vanguard Ttl Bond Market | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 74. Other #1 (H) | | | | | | | | | |
| 75. -Coastal Life Wealth QPRMQ (previously "cash") | A | Interest | J | T | | | | | |
| 76. -Fidelity Advisor Strategic Income A (FSTAX) (mutual fund) | A | Dividend | K | T | | | | | |
| 77. -Invesco Intermediate Term Municipal Income (VKLMX) (mutual fund) | A | Dividend | K | T | | | | | |
| 78. -iShares Select Dividend ETF (DVY) (mutual fund) | A | Dividend | K | T | | | | | |
| 79. -iShares MSCI BRIC ETF (BKF) (mutual fund) | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 80. Other #2 (H) | | | | | | | | | |
| 81. - Coastal LIfe Wealth QPRMQ (previously "Money Market") | A | Interest | J | T | | | | | |
| 82. -WDC (common stock) | A | Dividend | J | T | | | | | |
| 83. -Chula Vista bond | A | Interest | K | T | | | | | |
| 84. -Franklin Cal Interm - FCC1X (mutual fund) | B | Dividend | L | T | Buy | 01/30/15 | L | | |
| 85. -Advisory Account (managed account) (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Ishares MSCI EAFE Small Cap ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 87. -- Ishares Russ Mc Growth ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 88. --Ishares Russ Mc Value ETF | A | Dividend | | | Sold | 01/13/15 | J | B | |
| 89. --Ishares Russ 1000 Growth ETF | A | Dividend | | | Sold | 01/13/15 | J | B | |
| 90. --Ishares Russ 1000 Value ETF | A | Dividend | | | Sold | 01/13/15 | J | B | |
| 91. --Ishares Russ 2000 ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 92. --Ishares S & P 500 Growth ETF | A | Dividend | | | Sold | 01/13/15 | J | B | |
| 93. --Ishares Msci Eafe Growth ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 94. --Ishares Msci Eafe Value ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 95. -- Spdr Dow Jones Indust Ave ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 96. --Spdr S&P Dividend ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 97. --Vanguard High Dividend Yield ETF | A | Dividend | | | Sold | 01/13/15 | J | B | |
| 98. --Vanguard Ftse All-World Exus ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 99. --Vanguard Ttl Bond Market ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 100. --Capital World Bond Fund | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 101. --Dreyfus Bond Market Index | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 102. --JP Morgan High Yield | A | Dividend | | | Sold | 01/13/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --JP Morgan Fed Money Market | A | Interest | | | Sold | 01/13/15 | J | A | |
| 104.  --Ishares Core US Aggregate ETF | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 105.  --LM Bw Global Oppts Bd Fund Cl | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 106.  Coastal Life Wealth IRA #5 (H) | | | | | | | | | |
| 107.  -Coastl Life Wealth QPRMQ | A | Interest | J | T | Buy | 02/12/15 | J | | |
| 108.  -Ishares Select Dividend ETF (DVY) (mutual fund) | B | Dividend | L | T | Buy | 02/12/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 07/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII -- beginning at entry 6 - Since the last reporting period, we transferred management of our assets from Edward Jones to Coastal Life Wealth. I am advised by the professionals at Coastal Life Wealth that the best way to designate our money market cash postion in each account is "QPRMQ."

Section VII -- entry 81 - last year this value was erroneously reported as "L" when it should have been "K."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jill L. Burkhardt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544